| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on September 28, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>James W Bills<br>Grace Ann Bills<br><br><br>Debtor(s) | Case No.: 11-42179 / MBK<br><br>Hearing Date: 09/27/2016<br><br>Judge: Michael B. Kaplan<br><br>Chapter:  13 |

### ORDER REGARDING CHAPTER 13 STANDING
### TRUSTEE'S MOTION TO DISMISS OR
### CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: September 28, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $35,082.00 paid to date

- Debtor(s) shall remit $1,446.00 per month to the Trustee for 3 months beginning 9/1/2016

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
James W Bills, Sr  
Grace Ann Bills  
    Debtors

Case No. 11-42179-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 28, 2016  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2016.  
db/jdb         +James W Bills, Sr,    Grace Ann Bills,    67 Pleasant Place,    Oceanport, NJ 07757-1112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2016 at the address(es) listed below:  
            Albert     Russo     docs@russotrustee.com  
            Albert     Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
            Albert     Russo (NA)     on behalf of Trustee Albert    Russo docs@russotrustee.com  
            Alexandra T. Garcia     on behalf of Loss Mitigation    Capital One, N.A. NJECFMAIL@mwc-law.com  
            Alexandra T. Garcia     on behalf of Creditor    Capital One, N.A. NJECFMAIL@mwc-law.com  
            Eugene D. Roth     on behalf of Debtor James W Bills, Sr erothesq@gmail.com  
            Eugene D. Roth     on behalf of Joint Debtor Grace Ann Bills erothesq@gmail.com  
            Joshua I. Goldman     on behalf of Creditor    Capital One, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
                                                                                                                               TOTAL: 8