| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James W Bills Sr <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8117 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Grace Ann Bills <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2397 <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    11–42179–MBK | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James W Bills Sr                                Grace Ann Bills

4/28/17                                **By the court:** Michael B. Kaplan
                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 11-42179-MBK
James W Bills, Sr                                                     Chapter 13
Grace Ann Bills
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3          Date Rcvd: Apr 28, 2017
                              Form ID: 3180W           Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
```
db/jdb         +James W Bills, Sr,    Grace Ann Bills,    67 Pleasant Place,    Oceanport, NJ 07757-1112
lm              Capital One, N.A.,    P3901 N. Dalls Parkway,    Plano, TX 75093
512508644       AES/Fed Loan Servicng,    PO Box 69184,    Harrisburg, PA 17106-9184
512508645      +Aetna,   C/O R.M.S.,    77 Hartland St. Ste 401 POBox 280431,    East Hartford, CT 06128-0431
512508647      +Allied Fire And Safety Equipment Co., In,     517 Green Grove Rd,    Neptune, NJ 07753-3517
512508648       Ally Financial,    PO Box 7380901,    Bloomington, MN 55438-0901
512508649       American Express,   C/O Law Office Of Michell N. Kay, P.C.,     PO Box 9006,
                 Smithtown, NY 11787-9006
512508654      +Bank Of America,    C/O Creditor Financial Group, LLC,    PO Box 440290,    Aurora, CO 80044-1500
512508653      +Bank Of America,    C/O Mercantile Adjustment Bureau, LLC,    PO Box 9016,
                 Williamsville, NY 14231-9016
512508655       Blockbuster,    C/O National Action Financial Services,    PO Box 9027,
                 Williamsville, NY 14231-9027
512508657      +Capital One Bank,    C/O Law Office Of Harrison Ross Byck,,    229 Plaza Blvd  Ste 112,
                 Morrisville, PA 19067-7601
512508656      +Capital One Bank,    C/O Mccabe, Weisberg & Conway,    216 Haddon Avenue Ste 303,
                 Westmont, NJ 08108-2811
514710190      +Capital One, N.A.,    P.O. Box 17000,   Baltimore, Maryland 21297-1000
512508658      +Central Jersey Bank, N.A.,    C/O McLaughlin, Gelson, D’Apolito & Etc,
                 1305 Campus Parkway, Ste 200,    Wall, NJ 07753-6813
512823272       Dept. of Education,    FedLoan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
512508660      +Discover,   C/O Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
512508662      +Emergecy Medical Associates,    PO Box 717,    Livingston, NJ 07039-0717
512508665      +Emergency Medical Associates,    PO Box 717,    Livingston, NJ 07039-0717
512508663      +Emergency Medical Associates,    C/O B& B Collections, Inc.,    PO Box 2137,
                 Toms River, NJ 08754-2137
512508666      +FIA Card Services,    C/O Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive Ste 100,
                 Mt. Laurel, NJ 08054-1725
512508667       GAP-- GE Money Bank,    C/O Eichenbaum & Stylianou, LLC,    10 Forest Avnue Ste 300 PO Box 914,
                 Paramus, NJ 07653-0914
512508668      +Grace Ann Properties, LLC,    67 Pleasant Place,    Oceanport, NJ 07757-1112
512570033       HOUSEHOLD FINANCE CORPORATION III,    P O BOX 10490, VIRGINIA BEACH, VA 23450
512508671      +Home Depot - Citibank (South Dakota), NA,    C/O Northland Group Inc.,    PO Box 390905,
                 Minneapolis, MN 55439-0905
512508675      +Kluaber & Kluaber LLP,    1500 Allaire Avnue Ste 101,    Ocean, NJ 07712-7603
512508676      +Livingston Becke Associates,    C/O Escandon & Fernicola,    313 Corlies Ave.,
                 Allenhurst, NJ 07711-1046
512811994      +Midland Credit Management, Inc.,    2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
512508680      +Monmouth Medical Center,    C/OSchachter Portnoy LLC,    3490 US Route 1,
                 Princeton, NJ 08540-5920
512508679      +Monmouth Medical Center,    C/O Keystone Financial Services,    PO Box 730,
                 Allenwood, NJ 08720-0730
512508682       National City,    PO Box 856011,   Louisville, KY  40285-6011
512508681       National City,    PO Box 856177,   Louisville, KY  40285-6177
512508684      +Omni Credit Services Of Florida,    C/O Omni Credit Services,    PO Box 23381,
                 Tampa Bay, FL 33623-3381
512508686       Pearl Street Gym,    C/O ASF International,    Dept. #291,   Denver, CO 80281-0291
512508687      +Pitney Bowes Inc.,    C/O Credit Management Corporation,    P.O. Box 1396,
                 Madison, CT 06443-1396
512508688      +Sovereign Bank,    C/O FirstStates Financial Services Corp.,    P.O. Box 5827,
                 Reading, PA 19610-5827
512539520      +Specialized Loan Servicing,    c/o McCalla Raymer, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
512508690       Standard Roofings, Inc.,    C/O Ronald Bernnardo, Esq.,    332 Rt.9S,    Forked River, NJ  08731
512508696      +Yellow Book Mid-Atlantic,    C/O Slater, Tenaglia, Fritz & Hunt P.A.,    301 3rd St.,
                 Ocean City, NJ 08226-4007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2017 23:54:53      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2017 23:54:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
512508646      +E-mail/Text: sternback@heitnerbreitstein.com Apr 28 2017 23:54:45      Allied Building Products,
                 C/O Heitner & Breitstein,    28 North Main St.,    Marlboro, NJ 07746-1429
512621603      +EDI: GMACFS.COM Apr 28 2017 23:33:00      Ally Financial Inc. f/k/a GMAC Inc.,    P O Box 130424,
                 Roseville, MN 55113-0004
512508650      +E-mail/Text: egssupportservices@egscorp.com Apr 28 2017 23:55:05      American Express,
                 C/O NCO Financial Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
512726844       EDI: BECKLEE.COM Apr 28 2017 23:33:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
512508651      +EDI: LTDFINANCIAL.COM Apr 28 2017 23:34:00      Banana Republic- GE Money Bank,
                 C/O LTD Financial Services,    7322 Southwest Freeway Ste1600,    Houseton, TX 77074-2134
```

```
District/off: 0312-3          User: admin                Page 2 of 3                  Date Rcvd: Apr 28, 2017
                              Form ID: 3180W             Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
512508652       +EDI: BANKAMER.COM Apr 28 2017 23:33:00      Bank Of America,    C/O FIA Card Services,
                 1000 Samoset Drive,    Newark, DE 19713-6000
512512184        EDI: RESURGENT.COM Apr 28 2017 23:33:00      CR Evergreen, LLC,    MS 550,    PO Box 91121,
                 Seattle, WA 98111-9221
515921646       +EDI: AISACG.COM Apr 28 2017 23:33:00      Capital One N. A.,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX 75016-5028
512508659       +EDI: CHASE.COM Apr 28 2017 23:33:00      Chase Bank USA,    C/O Brad D. Layton,
                 900 US Highway 9 North Ste 401,     Woodbridge, NJ 07095-1003
512508661        E-mail/Text: BKRMailOps@weltman.com Apr 28 2017 23:54:57      Discover Bank,
                 C/O Weltman, Weinberg & Reis Co., LPA,     175 South 3rd St. Ste 900,    Columbus, OH 43215-5166
512508669       +EDI: HFC.COM Apr 28 2017 23:33:00      HFC,    PO Box 10490,    Virginia Beach, VA 23450-0490
512508670        E-mail/Text: bankruptcy@proconsrv.com Apr 28 2017 23:54:43      Home Depot,
                 C/O Pro Consulting Services, Inc.,     PO Box 66768,    Houseton, TX 77266-6768
512508673        EDI: IRS.COM Apr 28 2017 23:33:00      Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114-0326
512508672       +E-mail/Text: rmbncreports@supermedia.com Apr 28 2017 23:54:55      Idearc Media LLC,
                 PO Box 619810,    DFW Airport, TX 75261-9810
515232041       +EDI: RMSC.COM Apr 28 2017 23:33:00      Landmark Asset Receivables Mgt. LLC,
                 c/o Green Tree Servicing LLC,    7340 S. Kyrene Rd,    Recovery Dept T120,
                 Tempe, AZ 85283-4573
515232042       +EDI: RMSC.COM Apr 28 2017 23:33:00      Landmark Asset Receivables Mgt. LLC,
                 c/o Green Tree Servicing LLC,    7340 S. Kyrene Rd,    Recovery Dept T120,    Tempe, AZ 85283,
                 Landmark Asset Receivables Mgt. LLC 85283-4573
512508677        E-mail/Text: bankruptcydepartment@tsico.com Apr 28 2017 23:55:44      Macy's- Citi Bank,
                 C/O NCO Financial Systems,    P.O. Box 15889,    Wilmington, DE 19850-5889
512508678        EDI: MID8.COM Apr 28 2017 23:33:00      Midland Credit Management, Inc.,    PO Box 60578,
                 Los Angeles, CA 90060-0578
512508683       +E-mail/Text: bankruptcydepartment@tsico.com Apr 28 2017 23:55:44      NCO Financial Systems,
                 PO Box 15456,    Wilmington, DE 19850-5456
513156525        EDI: PRA.COM Apr 28 2017 23:33:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
512561720        EDI: PRA.COM Apr 28 2017 23:33:00      Portfolio Recovery Associates, LLC,    c/o Bank Of America,
                 PO Box 41067,    Norfolk VA 23541
512561722        EDI: PRA.COM Apr 28 2017 23:33:00      Portfolio Recovery Associates, LLC,    c/o The Gap,
                 PO Box 41067,    Norfolk VA 23541
512561719        EDI: PRA.COM Apr 28 2017 23:33:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 PO Box 41067,    Norfolk VA 23541
512566869        E-mail/Text: rmbncreports@supermedia.com Apr 28 2017 23:54:55      Super Media,
                 formerly Idearc Media,    5601 Executive Drive,    Irving, TX 75038
512508689        EDI: NEXTEL.COM Apr 28 2017 23:33:00      Sprint,    C/O Afni,    PO Box 3517,
                 Bloomington, IL 61702-3517
512508692        E-mail/Text: gkern@randallandrichards.com Apr 28 2017 23:55:23      The Andersen Group,
                 3409 North Hullen Street Ste 200,     Metairie, LA 70002
512508691        EDI: LEADINGEDGE.COM Apr 28 2017 23:33:00      Target National Bank,
                 C/O Leading Edge Recovery Solutions,     PO Box 129,    Linden, MI 48451-0129
512508693       +EDI: VERIZONEAST.COM Apr 28 2017 23:34:00      Verizon New Jersey,    500 Technology Dr.,
                 Weldon Spring, MO 63304-2225
512508694        EDI: WFNNB.COM Apr 28 2017 23:33:00      Victorias Secret,
                 C/O World Financial Network National Ban,     PO Box 182273,    Columbus, OH 43218-2273
512508695        EDI: WFFC.COM Apr 28 2017 23:33:00      Wells Fargo,    PO Box 98784,    Las Vegas, NY 89193-8784
                                                                                                TOTAL: 32

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr               Capital One, N.A.
cr*             +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
512508664*      +Emergency Medical Associates,    C/O B&B Collections, Inc.,    PO Box 2137,
                 Toms River, NJ 08754-2137
512838942       ##+Capital One, N.A.,    3901 N. Dallas Parkway,    Plano, TX 75093-7864
512508674       ##+James Bills & Sons, Inc.,    167 Newman Spring Rd,    Shrewsbury, NJ 07702-4011
512508685       ##+Paragon Way, Inc.,    PO Box 160758,    Austin, TX 78716-0758
                                                                                                TOTALS: 1, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin               Page 3 of 3          Date Rcvd: Apr 28, 2017
                              Form ID: 3180W            Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Loss Mitigation   Capital One, N.A. NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor   Capital One, N.A. NJECFMAIL@mwc-law.com
          Denise E. Carlon    on behalf of Creditor   Capital One, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eugene D. Roth    on behalf of Debtor James W Bills, Sr erothesq@gmail.com
          Eugene D. Roth    on behalf of Joint Debtor Grace Ann Bills erothesq@gmail.com
          Joshua I. Goldman    on behalf of Creditor   Capital One, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                                             TOTAL: 9
```