Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 11–42179–MBK
                              Chapter:  13
                              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James W Bills Sr | Grace Ann Bills |
| 67 Pleasant Place | 67 Pleasant Place |
| Oceanport, NJ 07757 | Oceanport, NJ 07757 |

Social Security No.:
  xxx–xx–8117                               xxx–xx–2397

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 31, 2017</u>           <u>Michael B. Kaplan</u>
                                      Judge, United States Bankruptcy Court